IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RALPH F. RENTZELL                                   :
                                                    :                CIVIL ACTION
        v.                                          :
                                                    :                10-4270
DOLLAR TREE STORES, INC.                            :

## ORDER

**AND NOW**, this ___29th___ day of ___September___, 2011, upon consideration of

Defendant's Motion to Partially Dismiss Plaintiff's Complaint, and all documents submitted in

support thereof and in opposition thereto, it is **ORDERED** that Defendant's Motion to Partially

Dismiss is **GRANTED**.  It is further **ORDERED** that Count Two of the Complaint is

**DISMISSED**.

        **IT IS SO ORDERED.**

                                        **BY THE COURT:**

                                        _____
                                        **R. BARCLAY SURRICK, J.**