IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RALPH F. RENTZELL | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 10-4270 |
| DOLLAR TREE STORES, INC. | : | |

**ORDER**

**AND NOW**, this 5th day of March, 2012, upon consideration of Defendant Dollar Tree Stores, Inc.'s Motion for Summary Judgment (ECF No. 15), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendant's Motion is granted and judgment is entered in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

BY THE COURT:


/s/ *R. Barclay Surrick*
**U.S. District Judge**